Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No. 07-10399

Kevin Condon                                       Chapter 11
dba K C Plumbing
dba K C Home Services

    Debtor.
_____/

ORDER CONFIRMING CHAPTER 11 PLAN

    The matter of confirmation of the debtors' chapter 11 Plan of Reorganization came on for hearing before the undersigned Judge on December 14, 2007. The appearances of the parties having been stated in the record and the court having determined after hearing on notice that:

    1. The plan has been accepted in writing by the creditors whose acceptance is required by law;

    2. The plan complies with the applicable provisions of Chapter 11 of the Bankruptcy Code;

    3. The plan has been proposed in good faith and not by any mean forbidden by law;

    4. Any payment made or to be made by the debtor for services or for costs and expenses in connection with the case, or in connection with the plan and incident to the case, has been approved by, or is subject to the approval of, the court as reasonable;

    5. Each holder of a claim or interest has accepted the plan or will receive or retain under the plan property of a value, as of the effective date of the plan, that is not less than the amount that such holder would receive or retain if the debtor were liquidated under chapter 7 of the Code on such date;

6. Confirmation of the plan is not likely to be followed by the need for further financial reorganization of the debtor;

7. The identity of any insider that will be employed or retained by the debtor and his compensation have been fully disclosed; and

IT IS HEREBY ORDERED that the debtors' plan dated October 26, 2007 is confirmed.

IT IS FURTHER ORDERED that debtors shall pay all fees due to the office of the United States Trustee not later than the Effective Date of the plan.

Dated: December 17, 2007

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge