Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No. 07-10399

Kevin Condon                                              Chapter 11
dba K C Plumbing
dba K C Home Services

    Debtor.
_____/

DEBTORS' EX PARTE APPLICATION FOR
ENTRY OF A FINAL DECREE

DECLARATION OF KEVIN CONDON

FINAL DECREE

    The Debtor hereby submits his Ex Parte Application for entry of a Final Decree.

    1. On December 17, 2007, an order was entered confirming the Plan of Reorganization proposed by the Debtor and directing the execution of the Plan.

    2. The Plan has been substantially consummated in that the Debtor has commenced his Chapter 11 Plan payments.

    3. The Debtor is in substantial compliance with the requirements of the plan

    4. This case is in a position to be closed with the entry of a final decree.

    WHEREFORE, the Debtor requests the court enter its final decree and close this case.

Dated: April 24, 2008                        /s/ Michael C. Fallon

                                                  Michael C. Fallon
                                                  Attorney for Debtor

## DECLARATION OF KEVIN CONDON

I, Kevin Condon, declare that:

1. On December 17, 2007, this court entered its order confirming the Plan of Reorganization proposed by me and directing the execution of the Plan.

2. The Plan has been substantially consummated in that I have commenced the Chapter 11 Plan payments.

3. I am in substantial compliance with the requirements of the plan

4. This case is in a position to be closed with the entry of a Final Decree.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on April 24, 2008, at Santa Rosa, California.

/s/ Kevin Condon

_____
Kevin Condon

## FINAL DECREE

The Court having considered the Debtors' Ex-Parte Application for Entry of Final Decree and the declaration of Bruce Baswell in support of the application, good cause appearing,

IT IS HEREBY ORDERED that the estate herein and the above-captioned case is hereby closed.

Dated: May 5, 2008

Alan Jaroslovsky
U.S. Bankruptcy Judge